**Justices**

KEN WISE
KEVIN JEWELL
RANDY WILSON
BRAD HART
TONYA MCLAUGHLIN
CHAD BRIDGES
KATY BOATMAN
MARITZA M. ANTÚ



## Fourteenth Court of Appeals

**Chief Justice**
TRACY CHRISTOPHER

**Clerk**
DEBORAH M. YOUNG, CLERK OF THE
COURT
PHONE 713-274-2800

301 Fannin, Suite 245
Houston, Texas 77002

**FILED**

October 20, 2025

**Fifteenth Court of Appeals**
**Christopher A. Prine**
**Clerk of Court**

Monday, October 20, 2025

The Honorable Christopher A. Prine
Clerk of Court
Fifteenth Court of Appeals
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, TX 78701
*DELIVERED VIA E-MAIL*

RE:  Court of Appeals Number: 15-25-00144-CV
  Trial Court Case Number: 2025-10213

Dear Mr. Prine:

On September 30, 2025, the Fifteenth Court of Appeals notified the Fourteenth Court of Appeals on its intention to transfer this appeal to our Court on its own initiative. *See* Tex. R. App. P. 27a. Appellant responded opposing the Fifteenth Court of Appeals intent to transfer.

The Fourteenth Court of Appeals hereby agrees with the transfer of this appeal for the reasons stated by the Fifteenth Court of Appeals.

Sincerely,

*Tracy Christopher*

Tracy Christopher
Chief Justice